THE HON. J. KELLEY ARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| DAVID PETERSON, | No. C08-5129JKA |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER AMENDING CASE SCHEDULING ORDER |
| WAL-MART STORES, INC., a foreign corporation doing business in the state of Washington, and TRICAM INDUSTRIES, INC., a foreign corporation, | |
| Defendants. | |

## *Procedural Background*

On June 12, 2008, the parties filed their Joint Status Report and Discovery Plan. For the discovery plan, the parties proposed the following:

December 16, 2008: Plaintiff's expert witness disclosure with reports

January 16, 2009: Defendants' expert witness disclosure with reports

Rebuttal experts 30 days after expert witness disclosures

December 16, 2008: Discovery cutoff (non-expert)

STIPULATION AND ORDER AMENDING
CASE SCHEDULING ORDER – 1
C08-5129JKA

Wilson Smith Cochran Dickerson
A PROFESSIONAL SERVICE CORPORATION
1700 Financial Center, 1215 4th Avenue
Seattle, Washington 98161-1007
Telephone: (206) 623-4100  Fax: (206) 623-9273

1       Based on the above schedule, the parties suggested March 16, 2009 as the date
2 when this case would be ready for trial.

3       This case is based upon the alleged improper assembly of a step ladder by Wal-
4 Mart employees or the product defect of the Tricam ladder. Both parties are having
5 engineers evaluate the ladder regarding the product defect allegation. Allowing both
6 experts to perform their analysis and come to their conclusions will take a number of
7 months. Further, a staggered disclosure will help avoid unnecessary testing expenses
8 and discovery conflicts regarding spoliation of the accident ladder. Because of this, the
9 parties requested staggered disclosures of expert reports in December and January.

10       On July 25, 2008, the court issued its scheduling order. As requested, the court
11 set trial for March 16, 2008. However, the order set a single expert disclosure date of
12 September 17, 2008, and a cutoff for all discovery of November 16, 2008. Based on the
13 needed evaluations of the accident ladder, the parties respectfully request that the court
14 enter an amended scheduling order consistent with the dates proposed in the Joint Status
15 Report and Discovery Plan.

16       Dated this 9th day of September, 2008.

17 /
18 /
19 /
20 /

STIPULATION AND ORDER AMENDING
CASE SCHEDULING ORDER – 2
C08-5129JKA

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100 FAX: (206) 623-9273

WILSON SMITH COCHRAN DICKERSON

By_____
    Whitney L.C. Smith, WSBA# 21159
    Attorneys for Defendants

SHERRARD MCGONAGLE

By_____
    William S. McGonagle, WSBA# 3831
    Attorney for Plaintiff

## ORDER

Plaintiff and defendant having so stipulated:

IT IS SO ORDERED that the deadline for plaintiff's disclosure of expert testimony under FRCP 26(a)(2) shall be December 16, 2008, and defendants' deadline for disclosure of its expert testimony under FRCP 26(a)(2) shall be January 16, 2009. Rebuttal experts, if any, shall be disclosed 30 days after expert disclosure. The non-expert discovery cutoff shall be December 16, 2008. The last date to file dispositive motions shall be January 31, 2009.

DATED this 10th day of September, 2008.

    */s/ J. Kelley Arnold*
    THE HONORABLE J. KELLEY ARNOLD

WILSON SMITH COCHRAN DICKERSON

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100    FAX: (206) 623-9273

1
By _____
2       Whitney L.C. Smith, WSBA# 21159
   Attorneys for Defendants
3

4

5  SHERRARD MCGONAGLE

6
   By_____
7       William S. McGonagle, WSBA# 3831
        Attorney for Plaintiff
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

STIPULATION AND ORDER AMENDING
CASE SCHEDULING ORDER – 4
C08-5129JKA

# CERTIFICATE OF SERVICE

     I hereby certify that on September 9, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: William S. McGonagle.

     **SIGNED** this 9th day of September, 2008, at Seattle, Washington.

                                                _____
                                                Whitney L.C. Smith
                                                Counsel for Defendant

STIPULATION AND ORDER AMENDING
CASE SCHEDULING ORDER – 5
C08-5129JKA

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273