# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID PETERSON,<br><br>            Plaintiff,<br><br>    v.<br><br>WAL-MART STORES, INC., a foreign corporation doing business in the state of Washington, and TRICAM INDUSTRIES, INC., a foreign corporation,<br><br>            Defendants. | **Case No.** C08-5129JKA<br><br>ORDER:<br> (1) GRANTING PLAINTIFF'S<br>     MOTION TO AMEND; and<br> (2) RESCHEDULING |

      This matter comes before the court on Plaintiff's Motion to Amend Complaint. The court has considered all materials submitted in support of and in response to said motion as well as the files and records herein.

      In accordance with Federal Rule of Procedure 15(a)(2) and in the interest of justice the court grants plaintiffs motion. Because defendants alleged in their response that granting this motion would deny them "sufficient time to undertake and complete the process" with regard to discovery and trial briefing deadlines, the court will contact counsel and reschedule the trial date.

      Dated this 30th day of January 2009.

                                 */s/ J. Kelley Arnold*
                                 J. Kelley Arnold
                                 U.S. Magistrate Judge

Order - 1